UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ERICK DAVID CASTRO<br><br>Defendant(s). | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**<br><br>-CR- ( )( )<br><br>20 Mag. 10096 |

-------------------------------------------------------------------X

Defendant __ERICK DAVID CASTRO__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____        _____
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**ERICK DAVID CASTRO**                          TELESFORO DEL VALLE JR., ESQ.
_____        _____
Print Defendant's Name                            Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

September 21, 2020
_____        _____
Date                                                         U.S. District Judge/U.S. Magistrate Judge